MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor: Jay Janowski                                            Chapter 7 Case No. 10-33116

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Denny's Auto Service<br>Box 113 Lafayette MN 56054 | 1 | $390.32 | $0.98 |
| Bank Midwest<br>26 S Broadway, New Ulm MN 56073 | 2U | $651.40 | $1.62 |
| UFC<br>PO Box 461 Winthrop MN 55396 | 3 | $626.06 | $1.56 |
| B&R Plumbing/Heating<br>PO Box O Winthrop MN 55396 | 5 | $182.43 | $.45 |
| Professional Systems<br>PO Box 2000 North Mankato MN 56003 | 6 | $673.23 | $1.68 |
|  |  |  | Total is $6.29 |

Dated:   May 26, 2011

PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111

RECEIVED
11 MAY 27 PM 12:16
U.S. BANKRUPTCY COURT
ST. PAUL, MN

Rec # 3808